**No. 46065.**—Protests 22050–K, etc., of Chong Kee Jan Co. et al. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained as to certain items.

BEFORE THE SECOND DIVISION, JUNE 16, 1941

**No. 46066.**—Petitions 6140–R, etc., of F. Murray Hill Co., Inc. (New York).

Opinion by KINCHELOE, J. It appeared that the atomizers were parts of sets each consisting of a perfume bottle, a glass tray, and a metal atomizer, which were entered as entireties. They were appraised separately and an advance in the value of the atomizers resulted in the assessment of additional duties. Being satisfied that there was no intention to defraud the revenue or conceal or misrepresent the facts, the court granted the petitions.

BEFORE THE FIRST DIVISION, JUNE 17, 1941

**No. 46067.**—Protest 21935–K of Lanz of Salzburg (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of wool hat bodies similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

JUNE 11, 1941

**No. 46068.—**—Protest 987672–G of Hoyt, Shepston & Sciaroni. C. D. 495. Plaintiffs' application for rehearing granted and judgment amended holding cylinders valued at 848 reichsmarks and 128 reichsmarks dutiable at 25 percent ad valorem under paragraph 372, Tariff Act of 1930, as claimed.

JUNE 12, 1941

**No. 46069.—**—Protest 851594–G of Heinrich, Herrmann & Weiss. Abstract 45801. Motion of Government for rehearing denied.

JUNE 13, 1941

**No. 46070.—**—Protests 41301–K, etc., of United States Rubber Co. Abstract 45990. Plaintiff's application for rehearing granted.

JUNE 14, 1941

**No. 46071.—**—Protest 48798–K of Dan Brechner & Co. Abstract 45803. Plaintiffs' application for rehearing granted.